NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ION GEOPHYSICAL CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**SERCEL, INC.,**
*Defendant-Appellant.*

---

2011-1035, -1056

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0236, Judge David J. Folsom.

---

**ORDER**

Input/Output, Inc. et al. inform the court that they are now a single entity, ION Geophysical Corporation (ION), and move to reform the caption. ION moves to dismiss Sercel Inc's (Sercel) appeal. Sercel opposes. The parties also move for an extension of time to file their briefs.

Sercel informs the court that on February 16, 2011 the United States District Court for the Eastern District of Texas severed claims for supplemental damages and

reasonable royalty damages and issued a final judgment and permanent injunction.

Accordingly,

IT IS ORDERED THAT:

(1) ION's motion to reform the caption is granted. The revised official caption is reflected above. The motion to dismiss is denied without prejudice to renewal.

(2) The briefing schedule is stayed. The parties are directed to inform this court, within 14 days of filing of this order, whether these appeals should proceed or be dismissed based on the trial court's February 6, 2011 order.

FOR THE COURT

MAR 1 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew G. Reeves, Esq.
    Gregory A. Castanias, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2011

JAN HORBALY
CLERK